UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*************************************************************************************************

In re:

MARY JOAN LUMBAR, f/k/a  JUDGMENT
Mary Joan Welsh, f/k/a Mary
Joan LaFond,

       Debtor.

***************************************************

PATTI J. SULLIVAN, TRUSTEE,

       Plaintiff,  BKY 08-36803

v.  ADV 09-3093

RAYMOND J. WELSH, JOAN C. WELSH,
THE WELSH LIVING TRUST, AND
RAYMOND J. WELSH AND JOAN C.
WELSH, TRUSTEES,

       Defendants.

*************************************************************************************************

      This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Gregory F. Kishel, United States Bankruptcy Judge, presiding.

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

      1.    The remedy of avoidance as a fraudulent transfer under 11 U.S.C. §§ 544 and 548(a) and Minn. Stat. §§ 513.44-.45 is not available to the Plaintiff as a trustee in bankruptcy, as to any transfer that the Debtor made to the Defendants of her interest as purchaser under a contract for deed for the property located at 1866 Wellesley Avenue, St. Paul, Ramsey County, Minnesota, via the execution and tender of a quit claim deed dated November 16, 2007.

      2.    The remedy of avoidance under 11 U.S.C. § 544 and the Minnesota law governing unperfected transfers of interests in real estate is not available to the Plaintiff as a trustee in bankruptcy, as to any transfer that the Debtor made to the Defendants of her interest as purchaser under a contract for deed for the property located at 1866 Wellesley Avenue, St. Paul, Ramsey County, Minnesota, via the execution and tender of a quit claim deed dated November 16, 2007.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/16/2011*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

3. Hence, the Plaintiff is not entitled to avoid any such transfer to the Defendants, or to recover the value of the subject property from the Defendants.

Dated: March 16, 2011  
At: St. Paul, Minnesota.

Lori Vosejpka  
Clerk of Bankruptcy Court

By \e\ *Judy Brooks*  
Deputy Clerk