UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Mary Joan Lumbar,                                                    Chapter 7
                                                                             Bky Case No. 08-36803

            Debtor.

**ORDER**

The above-entitled matter came before the undersigned upon a Notice to the U.S. Trustee of Settlement dated July 18, 2012 (The "Notice") filed by the chapter 7 trustee, wherein the trustee agreed to settle her claims, as asserted in Adv. No. 09-3093, regarding the debtor's transfer of her interest in real estate located at 1866 Wellesley Avenue, St. Paul, Minnesota and legally described as: Lot 2, Block 2, except the East two feet thereof Wellesley Place, Ramsey County, Minnesota, in exchange for a payment of $45,000 from Defendants Raymond J. Welsh, Joan C. Welsh, the Welsh Living Trust, and Raymond J. Welsh and Joan C. Welsh, Trustees, to be paid to the bankruptcy estate pursuant to the terms set forth in the Notice and the Settlement Agreement.  There being no objection filed in response to the Notice and based upon all the files, records and proceedings herein:

IT IS ORDERED:

1. The terms of the Settlement contained in the Notice to U.S. Trustee of Settlement dated July 18, 2012 are hereby approved.

Dated: August 13, 2012.                         */e/ Gregory F. Kishel*

                                                Gregory F. Kishel
                                                Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/13/2012*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk